**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ARIES LEE,<br><br>          Plaintiff,<br><br>vs.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC, SPRING OAKS CAPITAL, LLC, EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No. 2:26-cv-02085-JCC<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT SPRING OAKS CAPITAL, LLC'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Note on Motion Calendar: July 14, 2026<br><br>Complaint served:        June 26, 2026<br>Current Response Date:   July 17, 2026<br>New Response Date:       August 17, 2026 |

Before the Court is Plaintiff Aries Lee ("Plaintiff") and Defendant Spring Oaks Capital, LLC's ("Spring Oaks") Joint Motion to Extend the time for Defendant Spring Oaks Capital, LLC to respond to Plaintiff's Complaint.  Good cause appearing, the Court **GRANTS** the Motion.

Accordingly, the Court hereby **ORDERS** that Defendant, Spring Oaks, shall have through and including August 17, 2026 to respond to Plaintiff's Complaint.

///

///

~~PROPOSED~~ ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT SPRING OAKS CAPITAL, LLC'S TIME TO RESPOND TO COMPLAINT (2:26-CV-02085-JCC)

- 1

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
1400 112th Ave SE, Suite 100
Bellevue, WA 98004
(425) 459-5700

**IT IS SO ORDERED.**

Dated this 14th day of July, 2026.

_John C. Coughenour_
———————————————————
HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER GRANTING JOINT MOTION
TO EXTEND DEFENDANT SPRING OAKS
CAPITAL, LLC'S TIME TO RESPOND TO          - 2
COMPLAINT
(2:26-CV-02085-JCC)

QUINTAIROS, PRIETO,
WOOD & BOYER, P.A.
1400 112th Ave SE, Suite 100
Bellevue, WA 98004
(425) 459-5700