The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ARIES LEE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC; ; SPRING OAKS CAPITAL, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:26-cv-02085-JCC<br><br>(~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC TO RESPOND TO COMPLAINT |

The Court has considered the Unopposed Motion for Extension of Time for Defendant Jefferson Capital Systems, LLC to Respond to Complaint (“the Motion”).

IT IS ORDERED:

1. The Motion is GRANTED;

2. Defendant Jefferson Capital Systems, LLC shall have up to and including September 4, 2026, to respond to the Complaint.

//

//

//



Sabido Law LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone (971) 302-6236
Facsimile (503) 974-1673

Dated: August 5, 2026

United States District Court Senior Judge

Presented by:

***s/ Robert E. Sabido***

Robert E. Sabido, WSBA No. 29170
robert@sabidolawllc.com
SABIDO LAW, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone: (971) 302-6236
Fax: (503) 974-1673

*Attorney for Defendant Jefferson Capital Systems, LLC*



Sabido Law LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone (971) 302-6236
Facsimile (503) 974-1673

**Certificate of Service**

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Craig B. Sanders
csanders@sanderslaw.group
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, New York 11553

*Attorneys for Plaintiff*

***s/ Robert E. Sabido***

Robert E. Sabido, WSBA #29170



Sabido Law, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone (971) 302-6236
Facsimile (503) 974-1673